# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CAROLINE RECORDS, INC., et al. | * |
| Plaintiffs | * |
| VS. | * NO: 4:05CV000513 SWW |
| DOES 1-5 | * |
| Defendants | * |

## **ORDER**

Before the Court is Plaintiffs' notice of voluntary dismissal (docket entry #6). Defendants have not been served, thus no answers or motions for summary judgment have been filed. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs may voluntarily dismiss their claims, without leave of Court.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendants Does 2, 3, 4, and 5 are DISMISSED WITHOUT PREJUDICE, and Plaintiffs' claims against Defendant Doe 1 are DISMISSED WITH PREJUDICE. There being no remaining claims, this case is dismissed in its entirety.

IT IS SO ORDERED THIS 28th DAY OF JULY, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE